No. 75–676. Bowman Transportation, Inc. v. Arkansas-Best Freight System, Inc., et al. Affirmed on appeal from D. C. W. D. Ark. Mr. Justice Stevens would reverse.

No. 75–856. Levin v. Gulotta, Presiding Justice, et al.;

No. 75–972. Mildner v. Gulotta, Presiding Justice, et al.; and

No. 75–1111. Gerzof v. Gulotta, Presiding Justice. Affirmed on appeal from D. C. E. D. N. Y. Mr. Justice Marshall and Mr. Justice Powell would postpone consideration of question of jurisdiction to hearing of cases on the merits. Reported below: 405 F. Supp. 182.

No. 75–896. Doe et al. v. Commonwealth's Attorney for the City of Richmond et al. Affirmed on appeal from D. C. E. D. Va. Mr. Justice Brennan, Mr. Justice Marshall, and Mr. Justice Stevens would note probable jurisdiction and set case for oral argument.

No. 75–1124. Gaskin et al. v. Tennessee. Appeal from Ct. Crim. App. Tenn. dismissed for want of substantial federal question.